IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOHAMMAD K. KHAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:15-CV-3254-D |
| VS. | § | |
| | § | |
| CITY OF DALLAS, et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the September 5, 2017 supplemental findings, conclusions, and recommendation of the magistrate judge, and having considered plaintiff's objections filed on September 19, 2017, the court concludes that the supplemental findings and conclusions are correct. It is therefore ordered that the supplemental findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the September 21, 2016 motion of defendants the City of Dallas, A.C. Gonzales, Aaron Kaufman, Jamila Way, Richard Dewayne Davis, and Gwendolyn Price to dismiss amended complaint for injunction and declaratory relief, and defendant Rochelle Combest's December 5, 2016 motion to dismiss pursuant to the Texas Citizens Participation Act and Rule 12(b)(6) are granted. Plaintiff's federal-law claims are dismissed with prejudice, and his state-law

claims are dismissed without prejudice by judgment filed today.

**SO ORDERED**.

September 21, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE